# Order

Michigan Supreme Court
Lansing, Michigan

October 4, 2006

Clifford W. Taylor,
Chief Justice

131021

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOHN J. FISCHER,
      Plaintiff-Appellant,

v

SC: 131021
COA: 264959
Wayne CC: 04-406701-NO

GKN SINTER METALS, INC.-ROMULUS,
GKN SINTER METALS, INC., and JEFF LEE,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the March 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2006

_____
Clerk

t0927